**The People of the State of Illinois, defendant in error, v. Henry Lifer, plaintiff in error. Gen. No. 7,702.**

Conviction of unlawfully possessing, selling and transporting intoxicating liquor. Error to the County Court of Hancock county; the Hon. Warren H. Orr, Judge, presiding. Heard in this court at the April term, 1924. Reversed and cause remanded. Opinion filed

June 17, 1924.

Hartzell, Cavanagh, Martin & Hartzell, for plaintiff in error. Lee Siebenborn, State's Attorney, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.